IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGE PUBLICOVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BTI, Inc. )<br>)<br>Defendant. ) | CIVIL ACTION<br>NO.: 1:16-CV-03069-RWS |

## ORDER

The above-styled case is presently before the Court on the parties Joint Motion for Review and Approval of Settlement Agreement. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint asserts claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. The Court has reviewed the parties' Motion and proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the Motion is **GRANTED**, and the Settlement Agreement and Full and Final Release of All Claims is **APPROVED** and incorporated herein.

This court shall retain jurisdiction over this matter to enforce the terms of the

1

Settlement Agreement.

IT IS SO ORDERED, this 22~ day of Sept           , 2016.

   
_____
Honorable Richard W. Story
U.S. DISTRICT COURT JUDGE